IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JERMAINE LAWSON                                                                                     PLAINTIFF

v.                                              Case No. 6:22-cv-6111

LT TOBEY GARDNER, Gurdon Police Department                                          DEFENDANT

### ORDER

Before the Court is the Report and Recommendation filed December 1, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7.  Judge Ford recommends that the following claims be dismissed:  (1) Plaintiff's claim for money damages; (2) Plaintiff's claim to be released from custody; and (3) Plaintiff's claims against Lieutenant Gardner in his official capacity.  Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, the following claims are **DISMISSED**:  (1) Plaintiff's claim for money damages; (2) Plaintiff's claim to be released from custody; and (3) Plaintiff's claims against Lieutenant Gardner in his official capacity.  Plaintiff's excessive force claim, that Lieutenant Gardner pointed a gun at him during a traffic stop on January 12, 2021, remains for further determination by Judge Ford.

**IT IS SO ORDERED**, this 4th day of January, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge