IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JERMAINE LAWSON                                                                                          PLAINTIFF

v.                                        Case No. 6:22-cv-6111

LT. TOBEY GARNER, Gurdon Police Department                                          DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed June 29, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 21. Judge Ford recommends that this case be stayed and administratively terminated pending the resolution of Plaintiff's state criminal case. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, this case is **STAYED** and **ADMINISTRATIVELY TERMINATED** pending the resolution of Plaintiff's state criminal case. Plaintiff has thirty (30) days after the final resolution of his pending state criminal case to file a motion in this Court to reopen the instant case. Failure to file a motion by this deadline will result in the summary dismissal of the instant case.

**IT IS SO ORDERED**, this 19th day of July, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge